AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 19, 2022**

SEAN F. McAVOY, CLERK

SCOTT LAFERRIERE,
a/k/a Sophia LaFerriere,

*Plaintiff*

v.

AIRWAY HEIGHTS GRIEVANCE DEPARTMENT and
ACTING GRIEVANCE COORDINATOR SGT. STRAND,

*Defendant*

Civil Action No. 2:21-cv-00277-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion to Withdraw Without Prejudice (ECF No. 19) is GRANTED.
The First Amended Complaint (ECF No. 14) is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson   on a
Motion to Withdraw Without Prejudice (ECF No. 19).

Date: 1/19/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams